Rajdep S. Chima, Esq.
State Bar Number: 269677
The Law Offices of Raj S. Chima
500 Olive Street, Suite 10
Marysville, CA 95901
Ph.: (530)749-0749
Fax: (530) 749-0748
Email: rchima@rajchimalaw.com

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANG BROTHERS, LLC by its sole Owner Iqpal M. Khan, <br><br>        Plaintiff, <br><br>    vs. <br><br> BAINS PETROLEUM, LLC, KULDIP BAINS, LAKHBIR SINGH and DOES 1-10 <br><br>        Defendants. | **Case NO. 12-2369  WBS** <br><br> STIPULATION TO AMEND COMPLAINT; ORDER |

## **STIPULATION**

This Stipulation is made and entered into between Plaintiff Iqbal Kang (for Kang Brothers, LLC)("Plaintiff" herein) and Bains Petroleum, LLC, Kuldip Bains and Lakhbir Singh (collectively "Defendants"), by and through their respective counsel, with reference to the following:

1.      WHEREAS, on September 15, 2012, Plaintiff filed their Complaint in the above-referenced matter in the Eastern District of California, Sacramento Division;

2.      WHEREAS, Plaintiff and Defendants met and conferred regarding potential amendments and revisions to the Complaint in order to avoid unnecessary motion practice;

Complaint

3.  WHEREAS, the parties have agreed to amend the Complaint so that it more accurately states the current status of the Plaintiff in that Kang Brothers, LLC is not an existing LLC and was duly wound-up in 2009, and that Iqbal Kang was the sole owner of Kang Brothers LLC, and

THEREFORE, Plaintiffs and Defendants hereby stipulate that Plaintiff shall amend the Complaint to accurately classify the status of the company and to correct the domicile of the Plaintiff.

IT IS SO STIPULATED.

Dated: February 26, 2013                    LAW OFFICE OF RAJ CHIMA

                                            By   /s/ Rajdep S. Chima
                                            Rajdep S. Chima
                                            Attorney for Plaintiff
                                            Iqbal Kang, aka Kang Brothers, LLC

                                            LAW OFFICE OF MICHAEL D.MAHON

                                            By   /s/ Michael D. Mahon
                                            Michael D. Mahon
                                            Attorney for Defendants
                                            Bains Petroleum

IT IS SO ORDERED.

DATE:   April 01, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Complaint

2