Rajdep S. Chima, Esq.
State Bar Number: 269677
The Law Offices of Raj S. Chima
500 Olive Street, Suite 10
Marysville, CA 95901
Ph.: (530)749-0749
Fax: (530) 749-0748
Email: rchima@rajchimalaw.com

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANG BROTHERS, LLC by its sole Owner Iqpal M. Khan,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAINS PETROLEUM, LLC, KULDIP BAINS, LAKHBIR SINGH and DOES 1-10<br><br>　　　　Defendants. | **Case NO. 12-2369 WBS**<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |

## STIPULATION

This Stipulation is made and entered into between Plaintiff Iqbal Kang (for Kang Brothers, LLC)("Plaintiff" herein) and Bains Petroleum, LLC, Kuldip Bains and Lakhbir Singh (collectively "Defendants"), by and through their respective counsel, with reference to the following:

1.　　WHEREAS, the parties have a Status Conference Hearing scheduled for March 4, 2013; and

2.　　WHEREAS, Plaintiff and Defendant met and conferred regarding potential settlement options, the joint conference statement and potential discovery deadlines, and

THEREFORE, Plaintiffs and Defendants hereby stipulate to continue the Status Conference Hearing date until June 24, 2013 at 2:00 p.m.  A Joint Status Report shall be filed no later than June 10, 2013.

IT IS SO STIPULATED.

Dated: February 24, 2013					LAW OFFICE OF RAJ CHIMA


							By   /s/ Rajdep S. Chima
							Rajdep S. Chima
							Attorney for Plaintiff
							Iqbal Kang, aka Kang Brothers, LLC

							LAW OFFICE OF MICHAEL D.MAHON


							By   /s/ Michael D. Mahon
							Michael D. Mahon
							Attorney for Defendants
							Bains Petroleum


IT IS SO ORDERED.

DATE:  April 01, 2013

							_____
							WILLIAM B. SHUBB
							UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference