Rajdep S. Chima, Esq.
State Bar Number: 269677
The Law Offices of Raj S. Chima
500 Olive Street, Suite 10
Marysville, CA 95901
Ph.: (530)749-0749
Fax: (530) 749-0748
Email: rchima@rajchimalaw.com

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANG BROTHERS, LLC by its sole Owner Iqpal M. Khan,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAINS PETROLEUM, LLC, KULDIP BAINS, LAKHBIR SINGH and DOES 1-10<br><br>　　　　Defendants. | **Case NO. 12-2369 WBS**<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |

## **STIPULATION**

This Stipulation is made and entered into between Plaintiff Iqbal Kang (for Kang Brothers, LLC)("Plaintiff" herein) and Bains Petroleum, LLC, Kuldip Bains and Lakhbir Singh (collectively "Defendants"), by and through their respective counsel, with reference to the following:

1.　　WHEREAS, the parties have a Status Conference Hearing scheduled for March 4, 2013; and

2.　　WHEREAS, Plaintiff and Defendant met and conferred regarding potential settlement options, the joint conference statement and potential discovery deadlines, and

THEREFORE, Plaintiffs and Defendants hereby stipulate to continue the Status Conference Hearing date until June 24, 2013 at 2:00 p.m.  A Joint Status Report shall be filed no later than June 10, 2013.

IT IS SO STIPULATED.

Dated: February 24, 2013                    LAW OFFICE OF RAJ CHIMA

                By   /s/ Rajdep S. Chima
                Rajdep S. Chima
                Attorney for Plaintiff
                Iqbal Kang, aka Kang Brothers, LLC

LAW OFFICE OF MICHAEL D.MAHON

                By   /s/ Michael D. Mahon
                Michael D. Mahon
                Attorney for Defendants
                Bains Petroleum

IT IS SO ORDERED.

DATE:  April 01, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE